# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| DESI LAMONT DOWLES JR #759639, Petitioner | CIVIL DOCKET NO. 5:24-CV-00652 SEC P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MICHELE DAUZAT, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 4), and having thoroughly reviewed the record, including the written objection filed (Record Document 7), and concurring with the findings of the Magistrate Judge under the applicable law:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Record Document 1) is **DISMISSED WITHOUT PREJUDICE** and Motion for Writ of Mandatory Injunction (Record Document 2) is **DENIED**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana this 25th day of September, 2024.

_____

**S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT JUDGE**